THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Hammond, Appellant.
 
 
 

Appeal from Barnwell County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No.  2007-UP-490
Submitted October 1, 2007  Filed October
 15, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate
 Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, of Columbia; and Solicitor Barbara
 R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: 
 Michael Hammond pled guilty to the unlawful carrying of a pistol.  He received
 a one year sentence and $1000 fine.  However, upon payment of $750, the balance
 of the sentence would be suspended and Hammond would receive two years of
 probation.  On appeal, Hammond contends his sentence is unconstitutionally
 disproportionate.  In his pro se brief, Hammond additionally
 contends (1) the complainant did not appear at the hearing; (2) the officer who
 arrested Hammond did not confront the complainant at the scene; (3) Hammond was
 on private property at the time he was arrested; (4) the officer waited until
 Hammond pulled away from the private property before operating his blue lights,
 but Hammond immediately pulled back onto the private property; (5) Hammond did
 not receive a preliminary hearing; and (6) there was no high speed chase before
 Hammonds arrest.  Pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), after a thorough
 review of the record, counsels brief, and Hammonds pro se brief,
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., KITTREDGE and CURETON, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.